```
 1  SEDGWICK LLP
    STEPHANIE A. SHERIDAN, State Bar No. 135910
 2  stephanie.sheridan@sedgwicklaw.com
    ANTHONY J. ANSCOMBE, State Bar No. 135883
 3  anthony.anscombe@sedgwicklaw.com
    MEEGAN B. BROOKS, State Bar No. 298570
 4  meegan.brooks@sedgwicklaw.com
    333 Bush Street, 30th Floor
 5  San Francisco, CA 94104-2834
    Telephone: 415.781.7900
 6  Facsimile: 415.781.2635

 7  Attorneys for Defendant
    AM Retail Group, Inc.
 8
    Gene J. Stonebarger, State Bar No. 209461
 9  Richard D. Lambert, State Bar No. 251148
    STONEBARGER LAW
10  A Professional Corporation
    75 Iron Point Circle, Ste. 145
11  Folsom, CA 95630
    Telephone (916) 235-7140
12  Facsimile (916) 235-7141

13  Thomas A. Kearney, State Bar No. 90045
14  Prescott W. Littlefield, State Bar No. 259049
    KEARNEY LITTLEFIELD LLP
15  3436 N. Verdugo Rd, Suite 230
    Glendale, AA 91208
16  Telephone (213) 473-1900
17  Facsimile (2l3) 473-1919

18  Attorneys for Plaintiff
    Maria Ramos
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RAMOS, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>AM Retail Group, Inc., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>        Defendant. | CASE NO. 3:16-cv-04316-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE OF ACTION TO EASTERN DISTRICT OF CALIFORNIA** |

1  THE PARTIES, by and through their respective counsel of record, herein stipulate as follows:

2  WHEREAS, on June 1, 2016, Plaintiff Maria Ramos ("Plaintiff") filed her Complaint for alleged violations of California's Unfair Competition Law (Bus. & Prof. Code § 17200 *et seq.*), False Advertising Law (Bus. & Prof. Code § 17500 *et seq.*), and Consumer Legal Remedies Act (Civ. Code § 1750 *et seq.*) with the Superior Court for the State of California County of San Francisco against Defendant AM Retail Group, Inc. ("Defendant");

WHEREAS, there is no connection between the allegations giving rise to Plaintiff's causes of action and the Northern District of California;

WHEREAS, Defendant currently is, and at the time this action was commenced, was a Delaware corporation with its principal place of business in Minnesota;

WHEREAS, Plaintiff currently is, and at the time this action was commenced, was a resident of El Dorado County, within the Eastern District of California;

WHEREAS, the alleged conduct forming the basis of Plaintiff's action and her alleged injuries all occurred solely in Folsom, California, County of Sacramento, within the Eastern District of California;

WHEREAS, all of the potential witnesses in this action live in the Eastern District of California;

WHEREAS, the parties to this action, by and through their attorneys, hereby stipulate and that the Eastern District of California is the appropriate venue for this action;

WHEREAS, the parties attempted to effectuate a transfer through the state court system by filing a stipulation to transfer this case from the San Francisco Superior Court to the Sacramento Superior Court. Although the San Francisco Superior Court issued an order on July 25, 2016 transferring this case (*see* **Attachment A**), the Sacramento Superior Court had not processed the transfer or given this matter a case number prior to AMRG's July 29, 2016 removal deadline. Accordingly, the Parties agreed that Defendant's counsel removed the case to this Court so as not to waive its right to remove, and that the Parties would thereafter file this instant Stipulation to move this matter to the appropriate venue in the Eastern District of California;

1  THEREFORE, the Parties agree and stipulate to transfer this action from the United States District Court for the Northern District of California to the United States District Court for the Eastern District of California, pursuant to 28 U.S.C. § 1406(a);

FURTHER, given that Plaintiff plans to file an amended complaint, the Parties further stipulate that Defendant shall have 35 days after the date the action is docketed and assigned to a judge in the Eastern District of California to file a responsive pleading to Plaintiff's complaint.

**IT IS SO STIPULATED.**

DATED:  August 2, 2016          SEDGWICK LLP

                                By:  /s/ *Stephanie A. Sheridan*_____
                                     Stephanie A. Sheridan
                                     Attorneys for Defendant
                                     AM RETAIL GROUP, INC.


DATED:  August 2, 2016          STONEBARGER LAW

                                By:  /s/ *Richard D. Lambert*_____
                                     Richard D. Lambert
                                     Attorneys for Plaintiff
                                     MARIA RAMOS

**Local Rule 5-1 Attestation**

I attest that that Plaintiff's counsel Richard Lambert concurs in this filing's content and has authorized the filing.

DATED:  August 2, 2016          SEDGWICK LLP

                                By:  /s/ *Stephanie A. Sheridan*_____
                                     Stephanie A. Sheridan
                                     Attorneys for Defendant
                                     AM RETAIL GROUP, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

~~[PROPOSED]~~ **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:** This action is hereby transferred to the United States District Court for the Eastern District of California.

**IT IS FURTHER ORDERED THAT** Defendant shall have 35 days after the date the action is docketed and assigned to a judge in the Eastern District of California to file a responsive pleading to Plaintiff's complaint.

**IT IS SO ORDERED.**

Dated: August 3, 2016

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

# EXHIBIT A



```
1   SEDGWICK LLP
    STEPHANIE A. SHERIDAN, State Bar No. 135910
2   stephanie.sheridan@sedgwicklaw.com
    ANTHONY J. ANSCOMBE, State Bar No. 135883
3   anthony.anscombe@sedgwicklaw.com
    MEEGAN B. BROOKS, State Bar No. 298570
4   meegan.brooks@sedgwicklaw.com
    333 Bush Street, 30th Floor
5   San Francisco, CA 94104-2834
    Telephone: 415.781.7900
6   Facsimile: 415.781.2635

7   Attorneys for Defendant
    AM Retail Group, Inc.
8
    Gene J. Stonebarger, State Bar No. 209461
9   Richard D. Lambert, State Bar No. 251148
    STONEBARGER LAW
10  A Professional Corporation
    75 Iron Point Circle, Ste. 145
11  Folsom, CA 95630
    Telephone (916) 235-7140
12  Facsimile (916) 235-141
13
    Thomas A. Kearney, State Bar No. 90045
14  Prescott W. Littlefield, State Bar No. 259049
    KEARNEY LITTLEFIELD LLP
15  3436 N. Verdugo Rd, Suite 230
    Glendale, AA 91208
16  Telephone (213) 473-1900
17  Facsimile (213) 473-1919

18  Attorneys for Plaintiff
    Maria Ramos
```

FILED
San Francisco County Superior Court

JUL 25 2016

CLERK OF THE COURT
BY: _____ Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### COUNTY OF SAN FRANCISCO

| | |
|---|---|
| MARIA RAMOS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AM Retail Group, Inc., a Delaware Corporation; and DOES 1-100, inclusive,<br><br>Defendant. | Case No. CGC 16-552324<br><br>[PROPOSED]<br>**ORDER ON JOINT STIPULATION TO TRANSFER VENUE OF CASE FROM SAN FRANCISCO COUNTY TO SACRAMENTO COUNTY** |

83583936v1

JOINT STIPULATION AND ORDER TO TRANSFER VENUE

THE PARTIES, by and through their respective counsel of record, herein stipulate as follows:

WHEREAS, on June 1, 2016, Plaintiff Maria Ramos ("Plaintiff") filed her Complaint for alleged violations of California's Unfair Competition Law (Bus. & Prof. Code § 17200 *et seq.*), False Advertising Law (Bus. & Prof. Code § 17500 *et seq.*), and Consumer Legal Remedies Act (Civ. Code § 1750 *et seq.*) with the Superior Court for the State of California County of San Francisco against Defendant AM Retail Group, Inc. ("Defendant");

WHEREAS, neither party resides in the county where this Court is located, and Defendant does not own any store locations within this County;

WHEREAS, Defendant's principal place of business currently is, and at the time this action was commenced, was a Delaware corporation with its principal place of business in Minnesota;

WHEREAS, Plaintiff currently is, and at the time this action was commenced, was a resident of El Dorado County, California;

WHEREAS, the alleged conduct forming the basis of Plaintiff's action and her alleged injuries all occurred solely in Folsom, California, County of Sacramento;

WHEREAS, all of the potential witnesses in this action live in or near Sacramento County, or alternatively, near Defendant's corporate offices in Minnesota; no potential witnesses live in this County;

WHEREAS, there is no connection between the allegations giving rise to Plaintiff's causes of action and the County of San Francisco;

WHEREAS, the parties hereby stipulate that, pursuant to pursuant to Code of Civil Procedure section 395(a), California Superior Court for the County of Sacramento is the appropriate venue for this action;

///

///

///

83583936v1

JOINT STIPULATION AND ORDER TO TRANSFER VENUE

THEREFORE, the parties agree and stipulate to transfer this action from the Superior Court for the County of San Francisco to the Superior Court for the County of Sacramento.

DATED: July 25, 2016        SEDGWICK LLP

By: /s/ Stephanie A. Sheridan
Stephanie A. Sheridan
*Attorneys for Defendant*
*AM Retail Group, Inc.*

DATED: July 25, 2016        STONEBARGER LAW

By: /s/ Richard D. Lambert
Richard D. Lambert
*Attorneys for Plaintiff*
*Maria Ramos*

### [PROPOSED] ORDER

The Court, having reviewed the Stipulation, and good cause appearing, hereby orders that:

1. The matter of *Maria Ramos v. AM Retail Group, Inc.*, San Francisco County Superior Court Case No. CGC 16-552324 be transferred to the California Superior Court for the County of Sacramento.

2. The court clerk transmit a certified copy of this Order and all the pleadings and papers filed in this action to the clerk of the California Superior Court for the County of Sacramento.

**IT IS SO ORDERED.**

Dated: 25 July 2016

HON. CURTIS KARNOW
Judge of the Superior Court

83583936v1

JOINT STIPULATION AND ORDER TO TRANSFER VENUE